# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALDO OJITO,<br><br>                          Petitioner,<br>  vs.<br>KEN CLARK, warden,<br><br>                         Respondent. | CASE NO. 09cv2127-LAB (JMA)<br><br>**ORDER DENYING CERTIFICATE OF APPEALABILITY** |

The Court today issued an order denying Geraldo Ojito's petition for writ of habeas corpus. The Court finds Petitioner has not made a substantial showing of the denial of a constitutional right, and the standard for issuance of a certificate of appealability is not met. *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). The certificate of appealability is therefore **DENIED**.

**IT IS SO ORDERED**.

DATED: October 6, 2011

*[signature: Larry A. Burns]*

**HONORABLE LARRY ALAN BURNS**
United States District Judge