1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

# SOUTHERN DISTRICT OF CALIFORNIA

10

11

| | |
|---|---|
| GERALDO OJITO, | CASE NO. 09cv2127-LAB (JMA) |
| Petitioner, | **ORDER DENYING CERTIFICATE OF APPEALABILITY** |
| vs. | |
| KEN CLARK, warden, | |
| Respondent. | |

12
13
14
15
16

The Court today issued an order denying Geraldo Ojito's petition for writ of habeas

17 corpus.  The Court finds Petitioner has not made a substantial showing of the denial of a

18 constitutional right, and the standard for issuance of a certificate of appealability is not met.

19 *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).  The certificate

20 of appealability is therefore **DENIED**.

21
22

**IT IS SO ORDERED**.

23 DATED:  October 6, 2011

24

*Larry A. Burns*

25 **HONORABLE LARRY ALAN BURNS**
United States District Judge

26
27
28

09cv2127